IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Authentixx LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01599-B |
| | § | |
| Pickleball OpCo LLC, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

# DEFENDANT PICKLEBALL OPCO LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pickleball OpCo LLC states that it has a parent corporation of Pickleball TopCo LLC and no publicly held corporation owns 10% or more of its stock.

1

Dated:  August 15, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Ahtoosa Dale*
　　　　　　　　　　　　　　　　　　　Scott C. Thomas SBN (24046964)
　　　　　　　　　　　　　　　　　　　scthomas@winston.com
　　　　　　　　　　　　　　　　　　　Ahtoosa Dale SBN (24101443)
　　　　　　　　　　　　　　　　　　　adale@winston.com

　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP

　　　　　　　　　　　　　　　　　　　2121 North Pearl Street, Suite 900
　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　+1 214-453-6500 Telephone
　　　　　　　　　　　　　　　　　　　+1 214-453-6400 Facsimile

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Pickleball OpCo LLC