IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Authentixx LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No.: 3:25-cv-1599-B |
| Pickleball OpCo LLC, | § § § | |
| *Defendant.* | § § | |

## PROPOSED ORDER

Before the Court is the Motion to Dismiss Amended Complaint for Failure to State a Claim filed by Defendant Pickleball OpCo LLC. After consideration of the briefing, arguments, and authorities, the Court finds that the Complaint does not plausibly state a claim for patent infringement and U.S. Patent No. 10,355,863 is directed toward abstract concepts ineligible for patent protection under 35 U.S.C. § 101. Accordingly, Defendant's Motion is **GRANTED**. It is

**ORDERED** that Plaintiff Authentixx LLC's Complaint (Dkt. No. 15) is **DISMISSED**.